```
McGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | MG-F-97-2123 |
| )   | |
| Plaintiff,    ) | MOTION AND ORDER FOR DISMISSAL |
| )   | OF COMPLAINT |
| v.    ) | |
| )   | |
| JUAN LIZARDO AGUDO,    ) | |
| )   | |
| Defendant.    ) | |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the Complaint for Unlawful Flight to Avoid Prosecution herein against Juan Lizardo Agudo, in that defendant has been apprehended.

DATED: July 21, 2005                             Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Jonathan B. Conklin
   JONATHAN B. CONKLIN
   Assistant U.S. Attorney

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed and that the warrant issued be recalled.

IT IS SO ORDERED.

**Dated:    July 22, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

1